UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP,** *et. al.* : <br> : <br> : **Case No.: 20-cv-01135 (TSC)** <br> **v.** : <br> : <br> : <br> **GOVERNMENT OF THE DISTRICT** : <br> **OF COLUMBIA** : | |

**PLAINTIFFS' CONSENT MOTION TO STAY TIME FOR FILING MOTION FOR CLASS ACTION TREATMENT**

Plaintiffs, by and through undersigned counsel Michael Bruckheim and the law office of Bruckheim & Patel, respectfully moves this Honorable Court to stay plaintiffs' time under LCvR 23.1(b) to file their motion for class action treatment. The time for filing this motion has not expired.  As grounds for this Motion, counsel states the following:

1. This motion is filed within the expiration of the 90 day period of LCvR23.1(b) because it is filed within 90 days of the filing of the original complaint (*See* Court Docket #1), which was filed on April 30, 2020.

2. Defendant consents to the requested relief in this motion.

3. All parties believe that staying the motion until the date of the Rule 16 scheduling conference, or the date on which a Rule 16 scheduling order is due, whichever comes first, would conserve scarce judicial resources and the resources of the parties.

4. The motion is supported by good cause because the parties have "a valid reason for delay[,]" *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012).

**POINTS AND AUTHORITIES**

1. LCvR23.1(b).

2. The Defendant's consent.

3.      *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012).

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and stay the time for plaintiffs to file their motion for class action treatment to the date of the Rule 16 scheduling conference, or the date on which a Rule 16 scheduling order is due, whichever comes first.

Respectfully submitted,

BRUCKHEIM & PATEL

By:     /s/ Michael Bruckheim /s/_
        MICHAEL BRUCKHEIM [455192]
        Bruckheim & Patel
        401 East Jefferson Street
        Suite 201
        Rockville, Maryland 20850
        (ph): 240-753-8222
        (fax): 240-556-0300
        (E-mail): michael@brucklaw.com

## LCvR 7(m) CERTIFICATION

I hereby certify that undersigned counsel discussed this matter in good faith with opposing counsel, and Defendant consents to the relief requested.

/s/ Michael Bruckheim /s/
Michael Bruckheim