UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALONTA CRUDUP, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 20-1135 (TSC) |

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED COMPLAINT

  Defendants the District of Columbia (the District), Officers Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Iatezaz Tariq and John Wright, move to dismiss plaintiffs' First Amended Complaint. Fed. R. Civ. P. 12(b)(6). Plaintiffs allege that they were stopped and searched without reasonable suspicion by officers in the Metropolitan Police Department (MPD) Gun Recovery Unit (GRU) in violation of their Fourth Amendment rights. Plaintiffs also allege that GRU has an official policy to conduct stops and searches without reasonable suspicion and that this policy is applied disproportionately against African Americans in violation of their equal protection rights under the Fifth Amendment.

  As set forth in the accompanying memorandum of points and authorities, plaintiffs' claims should be dismissed. Plaintiffs fail to allege (1) that they were stopped and searched without reasonable suspicion; (2) that the District is liable for

1

any constitutional violations under 42 U.S.C. § 1983; and (3) that GRU officers discriminate against African Americans in violation of their equal protection rights. Further, even if plaintiffs have alleged a violation of their rights, the individual officers are entitled to qualified immunity. A proposed order is attached.

Dated:  November 16, 2020.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Duane Blackman
DUANE BLACKMAN*
RICHARD SOBIECKI [500163]
BRENDAN HEATH [1619960]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640; (202) 805-7512;
(202) 442-9880
Fax: (202) 703-0646
duane.blackman@dc.gov; richard.sobiecki@dc.gov; brendan.heath@dc.gov

*Counsel for Defendants*

---

\*	Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).