# Exhibit 2

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## BELL, DONTREY
### CCN #: 19073213
### Arrest Number: 101914093

The event occurred on **04/29/2019** at approximately **21:49** at **1558 BUTLER STREET SE, WASHINGTON, DC 20020**

---

**** BWC Activated ****

On Monday, April 29th, 2019, at approximately 2150 hours, members of the Narcotics and Special Investigations Division, Gun Recovery Unit, were on patrol in the Seventh District, in PSA 701. Officers were in casual attire with external vests and "police" identifiers.

Officers Ashley (driver), Rogers (front passenger), Choi (rear right passenger), and Minzak (rear left passenger) were operating an unmarked Chevrolet Malibu which was equipped with emergency equipment (lights and sirens).

Members entered the parking lot of the 1500 block of Butler Street SE when they observed a group of individuals in front of 1558 Butler Street SE. Officer Choi, Officer Minzak, Officer Anderson and Officer Rogers got out of their vehicle to make contact with the group at which time Bell, Dontrey DOB: ▇▇▇▇ now referred to as Defendant Bell took unprovoked flight up the stairs of 1558 Butler Street SE. Officers gave chase and Defendant Bell was stopped on the top floor of the apartment building. Officer Anderson then asked Defendant Bell if he had any weapons on him at which time Defendant Bell dropped his hands to his sides. Defendant Bell was also looking down and taking deep breaths with a blank stare on his face while Officer Anderson was talking to him.

Based on Defendant Bell's nervousness and actions, a pat down for weapons was conducted. Officer Anderson felt a hard metal object in Defendant Bell's back left pants pocket which he immediately recognized to be a firearm. Officer Anderson then voiced the prearranged code word for the presence of a firearm. Defendant Bell was then placed in handcuffs.

The firearm was a Hopkins & Allen Arms Co. Forehand Model 1901 revolver with a serial number of 9816. The firearm was not loaded with any cartridges of ammunition in the cylinder. The firearm appeared to be fully functional, capable of being fired by a single hand, designed to expel a projectile by the action of an explosion. The weapon also had a barrel length of less than 12 inches.

The firearm was processed back at NSID by Officer Wright.

A WALES/NCIC check of the firearm revealed that the firearm was unregistered.

A WALES/NCIC check also revealed that Defendant Bell did not have a concealed carry permit nor has a registered handgun.

Defendant Bell was placed under arrest for CPWL and transported to the 7th District for processing.

A WALES/NCIC check on Defendant Bell also revealed that he had an outstanding warrant out of Washington D.C.

WNO: (2015SUP001770) DOW: (20181031) OCA: (2015SUP001770).

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **04/29/2019**

| MINZAK, MARK / 3243 / 8289 (04/29/2019) E-SIGNATURE | MAKAL, LASHAY / 7097 (04/29/2019) E-SIGNATURE | |
|---|---|---|
| Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk |

| MINZAK, MARK / 3243 / 8289 | MAKAL, LASHAY / 7097 |
|---|---|
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405