# Exhibit 3

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### UNITED STATES
### VS
## BURNS, DAVID EUGENE
### CCN #: 18024401
### Arrest Number: 101805850

The event occurred on  **02/12/2018**  at approximately  **22:28**  at  **2660 DOUGLAS PLACE SE, WASHINGTON, DC 20020**

On February 02, 2018 Members of the Narcotics and Special Investigations Division-Gun Recovery Unit were on patrol in the 7th District PSA 703. GRU members drove into the rear parking lot of 2660 Douglas Pl SE. Officers were operating unmarked vehicles, as well as marked scout cars, all members were wearing outer vests that had clear "POLICE" markings affixed to them. In one vehicle was Officer Anderson driver, Officer Henderson front seat passenger, and Officer Joseph seated in the rear passenger seat. In another vehicle was Officer Wright driver, Officer Ashley front seat passenger, Officer Hiller seated in the rear passenger seat, and Officer Rogers seated in the rear driver seat. In another marked vehicle was Det. Del Po by himself.

Officers Anderson, Henderson, and Joseph drove into the rear parking lot of 2660 Douglas Pl SE. Officers Anderson , Henderson, and Joseph observed a black male later identified by word of mouth as (Burns, David DOB████) and female later identified as (████████ ████████) by a Maryland ID sitting inside a gray four door vehicle parked in front of the rear exit to 2660 Douglas Pl SE. The vehicle was actually blocking the stairs leading to the building.

Officer Joseph told other Officers in his vehicle it appeared that the occupants inside may be about to smoke in the vehicle. At this point Officer Anderson had pulled just a short ways in front of the vehicle. Officer Joseph told Officer Anderson to back up so they could make contact with the individuals inside. Officer Anderson then told the other members of the unit to respond to the parking lot where they were located over the radio and began to back up in order to make contact with the vehicle driven by ████████. As Officer Anderson began to back up ████████ turned on the vehicles inside lights, and started the car. At the same time Officer Joseph observed Mr. Burns hands were at his waistband and he was looking down as Officers stopped their vehicle, exited and began to approach the car.

Officer Joseph approached the passenger side of the vehicle and began to engage in conversation with Mr. Burns. Officer Joseph asked him how he was doing and if he had heard any gunshots in the area. Mr. Burns stated that he and ████████ had just entered the vehicle, and ████████ told Officer Joseph that she had just hopped in and started the car. Officer Joseph asked the occupants in the vehicle if they were in possession of any guns to which they replied no. Officer Joseph then asked if he could take thirty seconds of their time to check and make sure. Both occupants began to answering nervously.

Officer Joseph then asked Mr. Burns if he could see his waistband. Officer Wright then approached the vehicle and asked Mr. Burns if he could talk to him and asked him to step out of the car. Mr. Burns began to visibly become more nervous so Officers Wright asked him to step out the vehicle again. Officer Wright then opened the door to the vehicle and continued to ask Mr. Burns to step out. Officer Joseph then asked Mr. Burns directly if he had a gun. Mr. Burns did not answer although he paused and looked at Officer Joseph with a puzzled face.

Based on Mr. Burns actions Officers Joseph and Wright escorted him out of the vehicle by controlling both hands believing that he may be armed. Officer Wright than conducted a pat down of Mr. Burns and in his right thigh area felt what he immediately recognized to be a handgun.

Officer Wright then voiced to pre-determined signal for the presence of a firearm at 2228 hours. Officer Wright then recovered the firearm from the Mr. Burns right pant leg. The weapon recovered was a Sig Sauer .40caliber handgun serial#24B220857 with 12 rounds inside the magazine. The firearm appeared fully functional, and is able to expel a projectile by means of an explosive action, and has the ability to be fired by use of a single hand, and has a barrel length of less than 12 inches. Mr. Burns did not have a license to carry a firearm on his person and he did not make any representations that he was licensed to carry a firearm. Another single .380 Cal round was recovered from Defendant Burns book bag inside the vehicle.

Mr. Burns was placed under arrest for Carrying a Pistol without a License and transported to 7D for processing. A WALES NCIC check revealed that Mr. Burns had an outstanding warrant from Prince William County Virginia OCA#09157045A and was also charged with fugitive from justice.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **02/13/2018**

| **ANDERSON, SHERMAN / 2002 / 7344 (02/13/2018) E-SIGNATURE** | **MAKAL, LASHAY / 7097 (02/13/2018) E-SIGNATURE** | |
|---|---|---|
| Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk |

| **ANDERSON, SHERMAN / 2002 / 7344** | **MAKAL, LASHAY / 7097** |
|---|---|
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405