UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALONTA CRUDUP, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 20-1135 (TSC) |

ORDER

Upon consideration of defendants' motion to dismiss plaintiffs' First Amended Complaint (Motion), plaintiffs' opposition, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　for the District of Columbia

*Copies to:*
All counsel of record through CM/ECF

1