UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-cv-1135 (TSC) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 28), Defendants' Motion to Dismiss (ECF No. 22) is hereby **DENIED**.

Date:  March 29, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge