UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP,** *et al.,*<br><br>　　**Plaintiffs,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br><br>　　**Defendants.** | **Civil Action No. 20-cv-1135 (TSC)** |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

　　Defendants the District of Columbia and nine individual MPD officers[1] (District Defendants) move under Rules 6(b)(1)(A) and 7(b) for a 28-day extension of the deadline to file an Answer to the Amended Complaint.  The District Defendants' Answer is currently due April 12, 2023; if this motion is granted, the District Defendants' deadline will be May 10, 2023.  The District Defendants also request that the deadline for the filing of the Parties' Rule 26(f) and Local Rule 16.3 report be extended from April 19, 2023 to May 24, 2023, and that the Scheduling Conference scheduled for April 26, 2023 be continued.  Plaintiffs consent to this relief.  The Parties are mutually available for a scheduling conference June 12–16, 2023, as well as June 21–23, 2023; if feasible for the Court, the Parties propose either June 16, 2023 or June 23, 2023, at a time that is convenient for the Court.

　　Rule 6(b)(1)(A) provides for extensions of existing deadlines upon a showing of "good cause," and there is ample cause to support this motion.  Plaintiffs filed their Amended

---

[1]　The nine individual Defendants consist of Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, Nelson Torres, and John Wright.

Complaint on September 30, 2020, encompassing over three hundred paragraphs of allegations on behalf of four plaintiffs against nine individual MPD officers. The District Defendants require additional time to adequately prepare a fulsome response to the voluminous allegations of the Amended Complaint, which also includes theories of municipal liability and is brought on behalf of a putative class. The District Defendants also require additional time to confer with counsel for Plaintiffs regarding the appropriate scope and timing of discovery for this matter. Finally, the requested extension is necessary because of competing professional obligations of undersigned counsel.

      Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter in good faith with Plaintiffs. Plaintiffs consent to the District Defendants' requested relief. The District Defendants request that the Court grant this motion and enter the proposed order.

Dated: April 10, 2023.                                        Respectfully Submitted,

                                                                         BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Brendan Heath*
BRENDAN HEATH [1619960]
RICHARD P. SOBIECKI [500163]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendants*