## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP,** *et al.,* | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 20-cv-1135 (TSC)** |
| **DISTRICT OF COLUMBIA,** *et al.,* | |
| **Defendants.** | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

In support of their consent motion for extension of time, Defendants submit:

1. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure;

2. Plaintiffs' consent to the requested relief;

3. Defendants' showing of good cause as described in the motion; and

4. The inherent power of the Court.

Dated: April 10, 2023.                    Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Brendan Heath*
BRENDAN HEATH [1619960]
RICHARD P. SOBIECKI [500163]
Assistant Attorneys General

400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendants*