**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DALONTA CRUDUP, et. al., ) | |
| Plaintiffs, ) | Civil Action No. 20-cv-1135 (TSC) |
| v. ) | |
| GOVERNMENT OF THE DISTRICT OF ) COLUMBIA, et. al. ) | |
| Defendants. ) | |

**PLAINTIFFS' FRCP 26a1a STATEMENT**

Pursuant to Fed R. Civ. P. 26(a)(1)(A), Plaintiffs Dalonta Crudup, David Burns, Dontrey Bell and Joevantae Ramsey, by and through undersigned counsel Michael Bruckheim and the law office of Bruckheim & Patel, respectfully submits the following disclosures[1] pursuant to FRCP 26(a)(1)(A):

(i) **the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

**Dalonta Crudup**
Naki Holloman
Brenna Crudup
Carniesie Crudup
Unita Crudup
April Shepherd
Jasmine Reed
All witnesses to testify regarding damages.

**David Burns**
Jenell Burns
Valerie Glover
David Burns III
Tedarious Crayton

---

[1] Addresses and phone numbers can be provided upon request following the implementation of an appropriate protective order.

1

       **Dontrey Bell**
       **Tavon Santiago**

       **Joevantae Ramsey**

       All named individual Defendants
       MPD personnel on behalf of the District of Columbia to be learned
       through discovery.

       Charlotte Djossou
       Former MPD Chief Peter Newsom
       Any persons identified by Defendants.

(ii)    **a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

       Video recordings and photographs (copies in possession of the District of Columbia MPD).

       Arrest records (copies in plaintiffs' possession to be produced with full disclosures)

       Jail records (copies in possession of the District of Columbia)

(iii)    **a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under [Rule 34](#) the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

       Damages for personal injury, pain and suffering and loss of constitutional rights including deprivation of liberty, excessive force, and abridgement of Fourth and Fifth Amendment rights in an amount to be determined by jury at trial.

                      Respectfully submitted,

                      BRUCKHEIM & PATEL

By:    /s/ Michael Bruckheim /s/
         MICHAEL BRUCKHEIM [455192]
         Bruckheim & Patel
         401 East Jefferson Street
         Suite 208
         Rockville, Maryland 20850
         (ph): 240-753-8222
         (fax): 240-556-0300
         (E-mail): michael@brucklaw.com