UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-01135-TSC |

**JOINT MOTION TO REFER THE CASE TO MEDIATION AND TO STAY**

    Plaintiffs Dalonta Crudup, Dontrey Bell, David Burns, and Joevantae Ramsey and Defendants District of Columbia, Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, Nelson Torres, and John Wright jointly request, pursuant to Local Civil Rules 7(m) and 84.4, that the Court refer this case to a federal magistrate judge for mediation, and if available, Magistrate Judge Moxila Upadhyaya. The Parties have exchanged discovery requests and settlement proposals. At this stage, the Parties believe that mediation could facilitate the Parties reaching a settlement agreement.

    If the Court grants the Parties' request, the Parties further request a 60-day stay of litigation pending the outcome of mediation. The Parties propose that at the conclusion of the stay they file a Joint Status Report informing the Court of the status of mediation and whether they believe an extension of the stay is warranted.

| | |
|---|---|
| Date:  January 31, 2024. | Respectfully submitted, |
| | |
| */s/ Michael Bruckheim* | BRIAN L. SCHWALB |
| Michael Bruckheim | Attorney General for the District of Columbia |
| Sweta Patel | |
| Bruckheim & Patel | STEPHANIE E. LITOS |
| 401 East Jefferson Street | Deputy Attorney General |

| | |
|---|---|
| Suite 208<br>Rockville, Maryland 20850<br>240-753-8222<br>michael@brucklaw.com<br>patel@brucklaw.com | Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section |
| */s/ Carl Messineo*<br>Carl Messineo<br>Legal Director<br>Partnership for Civil Justice Fund<br>617 Florida Ave. NW<br>Washington, D.C. 20001<br>cm@justiceonline.org<br><br>*Counsel for Plaintiffs* | */s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Richard P. Sobiecki*<br>RICHARD P. SOBIECKI [500163]<br>BRENDAN HEATH [1619960]<br>ADAM P. DANIEL [1048359]<br>Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 805-7512<br>Email: richard.sobiecki@dc.gov<br><br>*Counsel for Defendants* |