UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP**, *et al.*,<br><br>　Plaintiffs,<br><br>　v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>　Defendants. | Civil Action No. 1:20-cv-01135-TSC |

## JOINT STATUS REPORT

Pursuant to the Court's March 13, 2024 order, Plaintiffs Dalonta Crudup, Dontrey Bell, David Burns, and Joevantae Ramsey and Defendants District of Columbia, Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, Nelson Torres, and John Wright jointly provide this status report.

The Parties are scheduled to appear for a settlement conference on April 24, 2024. The Parties propose that they provide another Joint Status Report on or before May 1, 2024.

| | |
|---|---|
| Date:  April 12, 2024. | Respectfully submitted, |
| */s/ Michael Bruckheim*<br>Michael Bruckheim<br>Sweta Patel<br>Bruckheim & Patel<br>401 East Jefferson Street<br>Suite 208<br>Rockville, Maryland 20850<br>240-753-8222<br>michael@brucklaw.com<br>patel@brucklaw.com | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section |
| */s/ Carl Messineo*<br>Carl Messineo<br>Legal Director | */s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section |

Partnership for Civil Justice Fund
617 Florida Ave. NW
Washington, D.C. 20001
cm@justiceonline.org

*Counsel for Plaintiffs*

*/s/ Richard P. Sobiecki*

RICHARD P. SOBIECKI [500163]
BRENDAN HEATH [1619960]
ADAM P. DANIEL [1048359]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*