UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-01135-TSC |

**JOINT STATUS REPORT**

Plaintiffs Dalonta Crudup, Dontrey Bell, David Burns, and Joevantae Ramsey and Defendants District of Columbia, Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, and John Wright jointly provide this status report.

The Parties' settlement conference previously set for April 24, 2024, was rescheduled to May 28, 2024. The Parties propose that they provide another Joint Status Report on or before June 1, 2024.

| | |
|---|---|
| Date:  May 1, 2024. | Respectfully submitted, |
| */s/ Michael Bruckheim*<br>Michael Bruckheim<br>Sweta Patel<br>Bruckheim & Patel<br>401 East Jefferson Street<br>Suite 208<br>Rockville, Maryland 20850<br>240-753-8222<br>michael@brucklaw.com<br>patel@brucklaw.com | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section |
| */s/ Carl Messineo* | */s/ Honey Morton* |

| | |
|---|---|
| Carl Messineo<br>Legal Director<br>Partnership for Civil Justice Fund<br>617 Florida Ave. NW<br>Washington, D.C. 20001<br>cm@justiceonline.org<br><br>*Counsel for Plaintiffs* | HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Richard P. Sobiecki*<br>RICHARD P. SOBIECKI [500163]<br>BRENDAN HEATH [1619960]<br>ADAM P. DANIEL [1048359]<br>Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 805-7512<br>Email: richard.sobiecki@dc.gov<br><br>*Counsel for Defendants* |