UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALONTA CRUDUP, et. al.,           )<br>                                                              )<br>Plaintiff,                                      )<br>                                                              )<br>     v.                                                  )<br>                                                              )   Civil Action No.: 1:20-cv-01135 (TSC)<br>DISTRICT OF COLUMBIA, et. al.,  )<br>                                                              )<br>Defendants                                )<br>_____) | |

## NOTICE OF DISMISSAL FOR DEFENDANTS SHERMAN ANDERSON, EDDIE CHOI, BRANDON JOSEPH, CHRISTINA LAURY, MARK MINZAK, JUSTIN ROGERS, IATEZAZ TARIQ, NELSON TORRES AND JOHN WRIGHT

Comes now the Plaintiffs, Dalonta Crudup, Dontrey Bell, David Burns and Joevantae Ramsey, by and through counsel Michael Bruckheim and the law office of Bruckheim & Patel, LLC, and hereby submits the following dismissal in this matter as to Defendants Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, Nelson Torres and John Wright.  Plaintiffs file this dismissal with prejudice.

Respectfully submitted,

/s/ Michael Bruckheim /s/
MICHAEL BRUCKHEIM [455192]
401 East Jefferson Street
Suite 208
Rockville, Maryland 20850
(ph): 240-753-8222
(fax): 240-556-0300
(E-mail): michael@brucklaw.com
Counsel for Plaintiff