UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DALONTA CRUDUP**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-01135-TSC |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Dalonta Crudup, Dontrey Bell, David Burns, and Joevantae Ramsey and Defendants District of Columbia, Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, Nelson Torres, and John Wright stipulate to the dismissal with prejudice of all claims against the Individual Defendants Sherman Anderson, Eddie Choi, Brandon Joseph, Christina Laury, Mark Minzak, Justin Rogers, Iatezaz Tariq, Nelson Torres, and John Wright with the Parties to bear their own costs and attorney's fees.

| | |
|---|---|
| Date:  June 21, 2024. | Respectfully submitted, |
| */s/ Michael Bruckheim*<br>Michael Bruckheim<br>Sweta Patel<br>Bruckheim & Patel<br>401 East Jefferson Street<br>Suite 208<br>Rockville, Maryland 20850<br>240-753-8222<br>michael@brucklaw.com<br>patel@brucklaw.com | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section |
| */s/ Carl Messineo*<br>Carl Messineo | */s/ Honey Morton*<br>HONEY MORTON [1019878] |

| | |
|---|---|
| Legal Director<br>Partnership for Civil Justice Fund<br>617 Florida Ave. NW<br>Washington, D.C. 20001<br>cm@justiceonline.org<br><br>*Counsel for Plaintiffs* | Assistant Chief, Equity Section<br><br>*/s/ Richard P. Sobiecki*<br>RICHARD P. SOBIECKI [500163]<br>BRENDAN HEATH [1619960]<br>ADAM P. DANIEL [1048359]<br>Assistant Attorney General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 805-7512<br>Email: richard.sobiecki@dc.gov<br><br>*Counsel for Defendants* |

2